In the Matter of the Judicial Settlement of the Final Account of Proceedings of CITY BANK FARMERS TRUST COMPANY, Formerly Known as THE FARMERS' LOAN AND TRUST COMPANY, as Substituted Trustee for the Benefit of JOHN C. UHRLAUB, JR., under the Last Will and Testament of JOHN C. UHRLAUB, Deceased.— Decree affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MARY TAGLIATELA and PETER TAGLIATELA, Respondents, v. GIUSEPPE CARROZZA, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL SIEGEL, Appellant.— Judgment reversed and a new trial ordered on the ground that the finding that the defendant was guilty is against the weight of the evidence. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

UNITED STATES TAXI CORPORATION, Appellant, v. MOGUL FINANCE CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ELI NAMANOWICH, an Infant, by THEODORE NAMANOWICH, His Guardian ad Litem, Respondent, v. CYNTHIA K. VELIE, Appellant. THEODORE NAMANOWICH, Respondent, v. CYNTHIA K. VELIE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JOSEPH USDINSKY and NATHAN MARTIN, Administrators, etc., of ISIDORE USDINSKY, Deceased, Respondents, v. HARPERSFIELD TRUCKING COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

GERTRUDE HAMID, Respondent, v. ART METAL CONSTRUCTION Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ERNESTO GISOLFI, Respondent, v. INTERCOAST TRADING COMPANY and TRANSAMERICA CORPORATION, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

BRA IMPORTING CORPORATION, Respondent, v. HENRY A. LIBAIRE and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley and Sherman, JJ.

In the Matter of the Application of NATHANIEL BECKER, Appellant, against GEORGE J. RYAN, President, and Others, Commissioners, Constituting the Board of Education of the City of New York, Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LOUIS SOLINSKY, Appellant, v. KENNY & CONWAY Co., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAM S. HART and MARY HART, Copartners, etc., Appellants, v. UNITED ARTISTS CORPORATION, Respondent.— Order so far as appealed from reversed,